**Order entered March 20, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00987-CR

**BRANDON CHARLES SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75082-S**

## ORDER

Before the Court are pro se appellant's March 3, 2020 and March 17, 2020 motions for extension of time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motions and extend the time to file appellant's pro se response to **June 5, 2020**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for the parties.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Brandon Charles Sampson; TDCJ No. 02287033; Coffield Unit; 2661 FM 2054; Tennessee Colony, Texas 75884-5000.

/s/    CORY L. CARLYLE
          JUSTICE